**FIREARMS IMPORT/EXPORT ROUNDTABLE TRADE GROUP, an I.R.C. 501(C) Business League Organization and Timothy Bero, President of North West Imports, Appellants**

v.

**BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, Et Al., Appellees.**

No. 12–5146.

United States Court of Appeals, District of Columbia Circuit.

Feb. 27, 2013.

Richard E. Gardiner, Law Office of Richard E. Gardiner, Fairfax, VA, Robert Ernest Sanders, Law Office of Robert E. Sanders, Winston–Salem, NC, for Plaintiff–Appellant.

Anisha Sasheen Dasgupta, Helen L. Gilbert, Trial, Michael S. Raab, Mark B. Stern, U.S. Department of Justice, Washington, DC, for Defendant–Appellee.

Before: ROGERS and TATEL, Circuit Judges, and SENTELLE, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This appeal was presented to the court, and briefed and argued by counsel. The court has accorded full consideration to the issues presented on appeal and has determined they do not warrant a published opinion. For the reasons stated in *Firearms Import/Export Roundtable Trade Group v. Jones,* 854 F.Supp.2d 1 (D.D.C. 2012), it is

**ORDERED and ADJUDGED** that the district court's judgment be affirmed.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.